ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2017 MAR -7  AM 8: 40

DEPUTY CLERK_____

| UNITED STATES OF AMERICA | NO. |
| --- | --- |
| v. | 3-17CR-0120K |
| ZTE CORPORATION | |

### WAIVER OF INDICTMENT

ZTE Corporation (ZTEC), the defendant, has been informed that a three count felony information has been filed which accused the defendant of violating 50 U.S.C. §1705, 31 C.F.R. Part 560, and 15 C.F.R. §764.2(a)-(e), Conspiracy to Unlawfully Export; 18 U.S.C. § 1503, Obstruction of Justice; and 18 U.S.C. §1001, False Statements to Federal Investigators.

The defendant, being advised of the nature of the above charges and the proposed felony information, understands the following:

1. The defendant has the right to have the defendant's case presented to a Federal Grand Jury;

2. The Grand Jury must consist of citizens of the Northern District of Texas, and the Grand Jury must consist of not more than 23 nor less than 16 citizens, 12 of whom must vote in favor of such an indictment before such an indictment is returned or "true billed";

3. In order to return a "true bill" of indictment, the Grand Jury must find from the evidence presented, that there is probable cause to believe that a federal

**Waiver of Indictment - Page 1**

offense has been committed and that the defendant committed that federal offense;

4. The defendant may waive or give up the defendant's clear legal right to have the defendant's case presented to the Grand Jury; and

5. The defendant has discussed the right to waive or give up having the defendant's case presented to the Grand Jury with the defendant's lawyer and the defendant's lawyer has fully explained the consequences of waiving this legal right.

After consultation with counsel, the defendant hereby voluntarily, knowingly and intelligently waives now and agrees to later waive in open court the defendant's legal right to have the defendant's case presented to a Federal Grand Jury and consents that the prosecution may proceed by information rather than by indictment.

SIGNED this __6TH__ day of March, 2017.

_____
ZTE CORPORATION, Defendant
By: _Zhao Xianming_
Its: _Chairman and president_
      Title of ZTE Corporation

_____
WENDY WYSONG _by permission_
Attorney for Defendant

_____
MICHAEL P. GIBSON
Attorney for Defendant

Waiver of Indictment - Page 2