IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 3:17-CR-120-K |
| ZTE CORPORATION | |

## SATISFACTION OF JUDGMENT

The judgment entered against the defendant on March 22, 2017 in the total amount of $430,489,998.00 (comprised of the $1,200.00 mandatory special assessment pursuant to 18 U.S.C. § 3013, the $286,992,532.00 fine pursuant to 18 U.S.C. § 3572, and the $143,496,266.00 forfeiture money judgment pursuant to Fed. R. Crim. P. 32.2) has been satisfied. The full amount of $430,489,998.00 imposed for all criminal monetary penalties has been paid directly to the United States Victims of State Sponsored Terrorism Fund. The Clerk of the Court is hereby authorized to release this judgment of record.

Respectfully submitted,

JOHN R. PARKER
UNITED STATES ATTORNEY

*/s/ Melissa A. Childs*
MELISSA A. CHILDS
Assistant United States Attorney
Illinois Bar No. 6273797
1100 Commerce Street, Third Floor
Dallas, Texas  75242-1699
Telephone:  214-659-8648
melissa.childs@usdoj.gov

**Satisfaction of Judgment - Page 1**

## CERTIFICATE OF SERVICE

  The undersigned certifies that in accordance with Fed. R. Civ. P. 5, LR 5.1, and Fed. R. Crim. P. 49, LCrR 49.2, and the Miscellaneous Order on Electronic Case Filing (ECF), the following document:

    Satisfaction of Judgment

was served on July 10, 2017 pursuant to the district court's ECF system as to ECF filers.

            */s/ Melissa A. Childs*
            MELISSA A. CHILDS
            Assistant United States Attorney