# STANTON LLP

**JAMES M. STANTON**
FORMER STATE DISTRICT JUDGE
BOARD CERTIFIED - CIVIL TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

jms@stantonllp.com

July 18, 2017

**Via Electronic Filing**
The Honorable Ed Kinkeade
United States District Judge
1100 Commerce Street
Dallas, Texas 75202

     Re:    *United States of America v. ZTE Corporation, Cause No. 3:17-CR-0120-K, In the United States District Court for the Northern District of Texas, Dallas Division*

Dear Judge Kinkeade:

    Pursuant to the Court's March 22, 2017, Order Appointing Corporate Monitor [Doc. No. 13] and the Plea Agreement as modified [Doc. No. 14], I write to notify the Court that the monitorship in the above referenced matter will commence on Thursday, July 20, 2017.

    Pursuant to the Court's local rules, the appropriate persons are being provided a copy of this correspondence via the Court's ECF filing system.

    Please do not hesitate to contact me if I can be of any service to you or the Court.

Respectfully yours,

James M. Stanton