IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 3:17-CR-0120-K |
| | § | |
| ZTE CORPORATION | § | |
| | § | |
| Defendant. | § | |

**ORDER MODIFYING DUE DATE**
**OF THE SECOND ANNUAL FOLLOW-UP REPORT**

On October 3, 2018, this Court entered its Order Modifying Conditions of Probation [Doc. 69] setting the due date for the second annual follow-up report by July 20, 2020.  The Court hereby extends the due date for the second annual follow-up report to September 20, 2020.

**SO ORDERED.**

Signed December 17th, 2019.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE