IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 3:17-CR-0120K |
| ZTE CORPORATION | |

## ORDER

Before the Court is the Government's Motion for Continuance and for Unsealing [Dkt. 157].

The revocation hearing is now set for hearing before the Court on March 14, 2022 at 10am.

The Court orders the Defendant to provide a brief on whether the revocation hearing should be sealed by March 7, 2022.

It is hereby ORDERED that notice of the revocation hearing be made public and a summons be issued for the Defendant.

SO ORDERED.

Signed March 3, 2022.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE