IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § § § § § § § § § § § | |
| v. | | |
| ZTE CORPORATION, | | NO. 3:17-CR-0120-K |
| *Defendant.* | | |

**ZTE CORPORATION'S RESPONSE TO COURT'S ORDER REGARDING SEALING**

Pursuant to the Court's Order of March 3, 2022, Dkt. 158, Defendant ZTE Corporation hereby states that it agrees with the Government that the revocation hearing now set for March 14, 2022, which relates to the alleged conspiracy to commit visa fraud as asserted in the separate, March 18, 2021 indictment of former ZTE (TX) Inc. employee Dr. Jianjun Yu in 1:21-cr-00109 (N.D. Ga.), should be a public hearing.

| | |
|---|---|
| DATED:  March 4, 2022 | Respectfully submitted. |
| | |
| Michael P. Gibson (SBN 07871500) | /s/ Robert C. Walters |
| Paul T. Lund (SBN 24070185) | Robert C. Walters (SBN 20820300) |
| BURLESON, PATE & GIBSON LLP | Allyson N. Ho (SBN 24033667) |
| Founders Square | Kyle D. Hawkins (SBN 24094710) |
| 900 Jackson Street, Suite 330 | Betty X. Yang (SBN 24088690) |
| Dallas, TX 75202 | GIBSON, DUNN & CRUTCHER LLP |
| (214) 871-4900 | 2001 Ross Avenue, Suite 2100 |
| mgibson@bp-g.com | Dallas, Texas 75201 |
| plund@bp-g.com | (214) 698-3100 |
| | rwalters@gibsondunn.com |
| J. Evans Rice III (admitted pro hac vice) | aho@gibsondunn.com |
| Stephen F. Propst (admitted pro hac vice) | khawkins@gibsondunn.com |
| HOGAN LOVELLS US LLP | byang@gibsondunn.com |
| 555 13th Street, N.W. | |
| Washington, D.C. 20004 | F. Joseph Warin (admitted pro hac vice) |
| (202) 637-5600 | John W.F. Chesley (admitted pro hac vice) |
| evans.rice@hoganlovells.com | GIBSON, DUNN & CRUTCHER LLP |
| stephen.propst@hoganlovells.com | 1050 Connecticut Avenue N.W. |
| | Washington, D.C. 20036 |
| M. Scott Barnard (SBN 24001690) | (202) 955-8500 |
| Brennan H. Meier (SBN 24077507) | jwarin@gibsondunn.com |
| AKIN GUMP STRAUSS HAUER & FELD LLP | jchesley@gibsondunn.com |
| 2300 N. Field St., Suite 1800 | |
| Dallas, TX 75021 | |
| (214) 969-2800 | |
| sbarnard@akingump.com | |
| bhmeier@akingump.com | |

ATTORNEYS FOR ZTE CORPORATION

2

**CERTIFICATE OF SERVICE**

This is to certify that on March 4, 2022, a true and correct copy of the foregoing ZTE Corporation's Response to Court's Order Regarding Sealing, was electronically filed with the Court using CM/ECF, which will send notification of this filing to counsel of record in the above-captioned case.

/s/ *Robert C. Walters*
Robert C. Walters