**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| | § |
| v. | §     NO. 3:17-CR-0120-K |
| | § |
| ZTE CORPORATION, | § |
| | § |
| | § |

**JOINT STATUS REPORT OF UNITED STATES AND ZTE CORPORATION**

The United States Department of Justice ("DOJ") and ZTE Corporation ("ZTEC") jointly provide the following status report to the Court regarding their efforts to review and propose unsealing of certain materials previously filed under seal in this matter:

1.     This action commenced in March 2017 when ZTEC pleaded guilty to certain criminal offenses related to export control violations.  *See* Dkt. 3 ¶ 2.

2.     As a part of ZTEC's guilty plea, ZTEC and DOJ agreed that: (i) ZTEC would serve a period of probation; (ii) for the duration of its probation, ZTEC would retain an independent, third-party compliance monitor; and (iii) any filings related to the monitorship would be made under seal and Court proceedings would be *in camera*.  Dkt. 3 ¶¶ 5, 7e; Dkt. 14 ¶¶ 1, 13.

3.     ZTEC's probation and monitorship ended on March 22, 2022.  Dkt. 191.

4.     Over the course of the five-year monitorship, ZTEC, DOJ, and the Court-appointed monitor filed substantial materials under seal totaling over 28,000 pages.

5.     Following termination of ZTEC's probation, Dow Jones & Co., Inc. and Reuters News & Media Inc. (together, the "Proposed Intervenors") filed a Motion to Intervene and Unseal Judicial Records (the "Motion"). Dkt. 200.  In the Motion, the Proposed Intervenors requested that the Court (i) grant their motion to intervene and unseal, and (ii) enter an order unsealing all sealed records in this matter.  *Id.*

1

6.      ZTEC opposed the Proposed Intervenors' Motion, including on the grounds that (i) the Motion to Intervene was untimely and should be denied, (ii) the sealed materials in this matter should remain sealed, and (iii) if any unsealing is appropriate, it should be performed on a document-by-document basis with input from the parties regarding proposed redactions with respect to any materials to be unsealed.  *See* Dkt. 215.

7.      Initially, DOJ did not take a position on the Proposed Intervenors' Motion, but later clarified that it did not oppose the Motion, proposing that the government and ZTE review tranches of the sealed records and recommend to the Court redactions and withholdings through ex parte analysis concerning the continued need for secrecy overcoming the qualified common law right of access.

8.      Without waiving its arguments in opposition to the Motion and notwithstanding the large associated burden and expense, ZTEC is coordinating with DOJ to review each sealed document and make proposals to the Court.

9.      While this process involves the careful review of documents accumulated over the five-year monitorship, ZTE and DOJ have been making steady progress.  To date, ZTE has submitted proposals to DOJ concerning all sealed filings from 2017 and part of 2018.  DOJ is currently reviewing ZTE's proposals; and, when the parties have finished conferring regarding the proposals, they will present their proposals to the Court.

10.      ZTE and DOJ have agreed to continue this process for the remaining sealed filings in chronological order.

DATED:  April 6, 2023

Respectfully submitted,

*/s/ M. Scott Barnard*
M. Scott Barnard (SBN 24001690)
Brennan H. Meier (SBN 24077507)
AKIN GUMP STRAUSS HAUER & FELD LLP
2300 N. Field St., Suite 1800
Dallas, TX 75021
(214) 969-2800
sbarnard@akingump.com
bhmeier@akingump.com

*Attorneys for ZTE Corporation*

*/s/ John J. de la Garza III*
John J. de la Garza III (SBN 00796455)
Assistant United States Attorney
1100 Commerce Street, Third Floor
Dallas, TX 75242-1699
Tel: (214) 659-8682
john.delagarza@usdoj.gov

*Attorneys for United States of America*

3