IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 3:17-CR-0120-K |
| | § | |
| ZTE CORPORATION | § | |
| | § | |
| Defendant. | § | |

### ORDER

The Court will hold a status conference with the parties to discuss confirmation of the completion of the parties' proposed redactions. The Court **ORDERS** counsel for ZTE and the Government to appear in the Court's conference room **on September 19, 2023, at 1:30 p.m.**

SO ORDERED.

Signed August 30th, 2023.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE