IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 3:17-CR-0120-K |
| | § | |
| ZTE CORPORATION | § | |
| | § | |
| Defendant. | § | |

# ORDER

The Court will hold a status conference with the parties to discuss the Court's review and response to the parties' proposed redactions. The Court **ORDERS** counsel for ZTE and the Government to appear in the Court's conference room **on June 11, 2024, at 10:00 a.m.**

**SO ORDERED.**

Signed April 30th, 2024.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE